IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **McGINNIS et al** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL NO. 11- 868 - GPM |
| ) | |
| **CATHOLIC SOCIAL SERVICES** ) | |
| ) | |
| **Defendant.** ) | |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This action came before the Court on Plaintiffs' motion to proceed *in forma pauperis* (Doc. 2). This Court denied Plaintiffs' motion to proceed *in forma pauperis* and ordered Plaintiffs to pay the $350 filing fee for this action on or before November 28, 2011 (Doc. 4). This Court informed Plaintiffs that should Plaintiffs fail to pay the filing fee as ordered, this Court would dismiss this action without prejudice (Doc. 4). To date, Plaintiffs have not tendered the filing fee.

Pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. *See generally Ladien v. Astrachan*, 128 F. 3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F. 3d 466 (7th Cir. 1994); *see also Robbins v. Switzer*, 104 F.3d 895, 897-98 (7th Cir. 1997). The Clerk of the Court is **DIRECTED** to close this case on the Court's docket.

**IT IS SO ORDERED.**

DATED: December 21, 2011

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge